## 51497. JOHNSON v. THE STATE.

CLARK, Judge.

It being shown that the appellant is a fugitive from justice, the motion to dismiss is sustained. See *Gravitt v. State,* 221 Ga. 812 (147 SE2d 447).

*Appeal dismissed. Pannell, P. J., and Quillian, J., concur.*

SUBMITTED NOVEMBER 5, 1975 — DECIDED NOVEMBER 6, 1975.

*Thomas M. Odom, Gary E. Watts,* for appellant.

*J. Lane Johnston, District Attorney,* for appellee.